UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LAURETTA SWANK, on their own behalves and
others similarly situated, GLADYS NASH, on their
own behalves and others similarly situated,

                      Plaintiffs,

-vs-                                                        Case No. 2:09-cv-670-FtM-36SPC

ICE BLOCK, INC., a Florida profit corporation
doing business as Redbones,

                        Defendant.
_____

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to Serve Time and Pay Records and to File the Joint Report Regarding Settlement (Doc. #31) filed on February 8, 2010. The Defendant moves the Court for additional time to submit the time records for Plaintiff, Diana Thar, and to submit the Joint Report Regarding Settlement. As grounds, Counsel indicates additional time is necessary to continue to search through archived records for all the relevant documents. Pursuant to Local Rule 3.01(g), opposing Counsel does not object to the relief requested. Having found good cause, the Court will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Defendant's Unopposed Motion for Extension of Time to Serve Time and Pay Records and to File the Joint Report Regarding Settlement (Doc. #31) is **GRANTED**. The Defendant shall have up to and including **FEBRUARY 18, 2010** to submit the time records for the Plaintiff, Diana

Thar. The Defendant shall have up to and including **FEBRUARY 24, 2010**, to submit the Joint Report Regarding Settlement.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of February, 2010.

*[signature: Sheri Polster Chappell]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record