# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LAURETTA SWANK, on their own behalves and
others similarly situated, GLADYS NASH, on their
own behalves and others similarly situated,

                Plaintiffs,

-vs-                                             Case No. 2:09-cv-670-FtM-36SPC

ICE BLOCK, INC., a Florida profit corporation
doing business as Redbones,

                Defendant.

_____

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Compel Responses and Documents Responsive to Their First Set of Interrogatories, and First Request for Production of Documents (Doc. #36) filed on June 30, 2010. Defendant filed a response on July 16, 2010. In its response, Defendant asserts that it has been unable to respond to Plaintiffs' outstanding discovery due to the Defendant's owner being hospitalized and electronic mail problems. Defendant states that she is diligently working to respond to Plaintiffs' outstanding discovery as soon as possible and was to respond to Plaintiffs' requests for admission on or before July 19, 2010 and answer all interrogatories on or before July 24, 2010.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Motion to Compel Responses and Documents Responsive to Their First Set of Interrogatories, and First Request for Production of Documents (Doc. #36) **is DENIED without**

**prejudice.** If there are still outstanding discovery issues that need to be addressed by the Court after Plaintiff has reviewed Defendant's responses, Plaintiff may file an Amended Motion that seeks relief on the outstanding discovery matters.

**DONE AND ORDERED** at Fort Myers, Florida, this ___23rd___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record