## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

LAURETTA SWANK, on their own behalves
and others similarly situated, GLADYS NASH,
on their own behalves and others similarly situated,

      Plaintiffs,

v.                                                    CASE NO. 2:09-cv-670-FtM-36SPC

ICE BLOCK, INC., a Florida profit corporation
doing business as Redbones,

      Defendant.

_____/

## ORDER

      This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on February 18, 2011 (Doc. 49). In her Report and Recommendation, Judge Chappell recommends that the Court approve the parties' Joint Motion to Approve Settlement Agreement filed on February 16, 2011 (Doc. 48). Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

**ACCORDINGLY**, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 49) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion to Approve Settlement Agreement (Doc. 48) is **GRANTED**. The Settlement Agreement (Doc. 48, Ex. 1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3) The clerk is directed to terminate any pending motions and deadlines, dismiss this action with prejudice, and close this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on March 7, 2011.

*/s/ Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE SHERI POLSTER CHAPPELL
COUNSEL OF RECORD